JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSITY OF PITTSBURG OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION,<br><br>Plaintiff,<br><br>v.<br><br>MARC H. HEDRICK, PROSPER BENHAIM, HERMANN PETER LORENZ, and MIN ZHU,<br><br>Defendants. | No. CV04-9014 CBM (AJWx)<br><br>JUDGEMENT |

The matter before the Court, the Honorable Consuelo B. Marshall, United States District Judge presiding, is the bench trial held on Plaintiff's claim that Defendants are not proper inventors of the United States Patent No. 6,777,231. Consistent with the Findings of Fact and Conclusions of Law issued herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiffs and against Defendants. The United States Patent & Trademark Office shall correct the

1   inventorship of the '231 patent to reflect that the correct inventors are Adam J. Katz
2   and Ramon Llull.
3   **IT IS SO ORDERED.**
4   DATE: June 9, 2008

                                                                 CONSUELO B. MARSHALL
                                                                 UNITED STATES DISTRICT JUDGE